IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

ROSALVA FIGUEROA PEREZ,                    *

                Petitioner,                    *

v.                                                    Case No. 4:26-cv-422 (CDL-AGH)

                                    *

WARDEN STEWART COUNTY DETENTION
CENTER, et al.,                                    *

            Respondents.                    *
_____

## J U D G M E N T

Pursuant to this Court's Order dated April 20, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 20th day of April, 2026.

David W. Bunt, Clerk


s/ Katie Logsdon, Deputy Clerk